UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| ROCCO ALLEGRETTI | ) | |
| | ) | CASE NO. 08 B 27462 |
| DEBTOR | ) | |
| | ) | HON. PAMELA S. HOLLIS |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U. S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, Illinois 60604

    On: **April 16, 2009**                    Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $47,502.08 |
    | Disbursements | $     71.09 |
    | Net Cash Available for Distribution | $47,430.99 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $5,500.21 | $   15.90 |
    | Allan J. DeMars, attorney | $ None | $2,890.00 | |
    | Lois West, accountant | $ None | $  881.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ NONE   must be paid in full for there to be any dividend to general unsecured creditors.

7. Claims of general unsecured creditors totaling $71,296.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 53.49931%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Diversified Investment Advisers | $ 30,066.30 | $ 16,085.26 |
| 2 | FIA Card Services as successor to Bank of America and MBNA | 40,804.50 | 21,830.13 |
| 3 | PYOD LLC as assignee of Citibank | 426.16 | 227.99 |
|   |   | $ 71,296.96 | $38,143.38 |

8.. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: all assets listed in debtor's Schedule B each of which is either exempt or subject to liens which leave no equity.   SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS. Real estate located 113 Washington, Glenview, IL : $407,000.00; Real estate located 2 Washington, Glenview, IL: $325,000.00; cash: $44.00; furniture: $500.00; Checking/savings: $500.00; wearing apparel: $500.00; 1989 Lincoln: $1,200.00; 1997 Blazer: $1,200.00; 1997 Lincoln: $2,400.00

Dated:   **March 13, 2009**                                                                            For the Court,


By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:    100 W. Monroe - Suite 910
            Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Mar 13, 2009
Case: 08-27462                Form ID: pdf002             Total Served: 10

The following entities were served by first class mail on Mar 15, 2009.
db           +Rocco Allegretti,    113 Washington Rd.,    Glenview, IL 60025-4731
aty          +Lois West,    Popowcer Katten Ltd,    35 E Wacker Dr, Suite 902,    Chicago, Il 60601-2314
aty          +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2314
12699930      Countrywide Home Loans,    P.O. Box 650225,    Dallas, TX 75265-0225
12699936     +Diversified Investment Advisors,    4333 Edgewood Road NE,    Cedar Rapids, IA 52499-0001
13026258      FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
12699935      Harris/FIA Card Services,    P.O. Box 15726,    Wilmington, DE 19886-5726
12699929     +Law Offices of John Haderlein, ESQ.,    815-C Country Club Drive,    Libertyville, IL 60048-3430
13057229      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12951166     +Resurgent Capital Services, LP (Sears),    P.O. Box 10587,    Greenville, SC 29603-0587
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12699931*     Countrywide Home Loans,    P.O. Box 650225,    Dallas, TX 75265-0225
12699932*     Countrywide Home Loans,    P.O. Box 650225,    Dallas, TX 75265-0225
12699933*     Countrywide Home Loans,    P.O. Box 650225,    Dallas, TX 75265-0225
12699934*     Countrywide Home Loans,    P.O. Box 650225,    Dallas, TX 75265-0225
12957252*     Harris/FIA Card Services,    POB 15726,    Wilmington, DE  19886-5726
12951167*    +Resurgent Capital Services, LP (Sears),    P.O. Box 10587,    Greenville, SC 29603-0587
12699928*    +Rocco Allegretti,    113 Washington Rd.,    Glenview, IL 60025-4731
                                                                                               TOTALS: 0, * 7
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**                              **Signature:** _Joseph Speetjens_