**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ROCCO ALLEGRETTI § Case No. 08 B 27462
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $717,000.00 | Assets Exempt: | $62,127.99 |
| Total Distributions to Claimants: | $38,146.24 | Claims Discharged Without Payment: | $33,150.72 |
| Total Expenses of Administration: | $9,358.70 | | |

3) Total gross receipts of $47,504.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $71.09 (see **Exhibit 2**), yielded net receipts of $47,433.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,023,058.49 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $9,287.61 | $9,287.61 | $9,287.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $79,804.50 | $71,296.96 | $71,296.96 | $38,146.24 |
| **TOTAL DISBURSEMENTS** | $1,102,862.99 | $80,584.57 | $80,584.57 | $47,433.85 |

4) This case was originally filed under chapter 7 on 10/13/2008 [ *if applicable*, and it was converted to chapter 7 on _____ ]. The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2009          By: /s/ Allan J. DeMars
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 50% int in real estate at 780 Waikiki Drive, Des Plaines, | 1110-000 | $30,000.00 |
| account at US Bank | 1229-000 | $17,500.00 |
| interest on invested funds | 1270-000 | $4.94 |
| **TOTAL GROSS RECEIPTS** | | **$47,504.94** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| International Sureties Ltd. | bond premium | 2300-000 | $71.09 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$71.09** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Loans | 4220-000 | $45,880.60 | $0.00 | $0.00 | $0.00 |
| Countrywide Home Loans | 4220-000 | $368,000.00 | $0.00 | $0.00 | $0.00 |
| Countrywide Home Loans | 4220-000 | $240,000.00 | $0.00 | $0.00 | $0.00 |
| Countrywide Home Loans | 4220-000 | $331,904.90 | $0.00 | $0.00 | $0.00 |
| Countrywide Home Loans | 4220-000 | $39,272.99 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$1,025,058.49** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $5,500.21 | $5,500.21 | $5,500.21 |
| Allan J. DeMars | 2200-000 | N/A | $15.90 | $15.90 | $15.90 |
| Allan J. DeMars | 3110-000 | N/A | $2,890.00 | $2,890.00 | $2,890.00 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $881.50 | $881.50 | $881.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $9,287.61 | $9,287.61 | $9,287.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Diversifed Investment Advisers | 7100-000 | $39,000.00 | $30,066.30 | $30,066.30 | $16,086.47 |
| FIA Card Services as successor to Bank of America and MBNA | 7100-900 | $40,804.50 | $40,804.50 | $40,804.50 | $21,831.76 |
| PYOD LLC as assignee of Citibank | 7100-900 | $0.00 | $426.16 | $426.16 | $228.01 |
| TOTAL GENERAL UNSECURED CLAIMS | | $79,804.50 | $71,296.96 | $71,296.96 | $38,146.24 |

UST Form 101-7-TDR (4/1/2009)

# EXHIBIT 8 - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No. 08-27462

Case Name: ROCCO ALLEGRETTI

For Period Ending: 12/31/09

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 10/13/08 (f)

$341(a) Meeting Date: 11/25/08

Claims Bar Date: 2/26/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 113 Washington Glenview, IL | 407,000.00 | 0.00 | | | FA |
| 2 | 2 Washington Glenview, IL | 325,000.00 | 0.00 | DA | | FA |
| 3 | 50% interest in real estate: 780 Waikiki Des Plaines, IL | 120,000.00 | 30,000.00 | DA | 30,000.00 | FA |
| 4 | cash | 44.00 | 0.00 | | | FA |
| 5 | furniture | 500.00 | 0.00 | DA | | FA |
| 6 | checking account | 500.00 | 0.00 | DA | | FA |
| 7 | wearing apparel | 500.00 | 0.00 | DA | | FA |
| 8 | retirement account | 40,783.99 | 0.00 | DA | | FA |
| 9 | 1989 Lincoln | 1,200.00 | 0.00 | DA | | FA |
| 10 | 1997 Blazer | 1,200.00 | 0.00 | DA | | FA |
| 11 | 1997 Lincoln | 2,400.00 | 0.00 | DA | | FA |
| 12 | US Bank account (u) | 0.00 | 0.00 | | | FA |
| 13 | interest on invested funds | | 17,500.00 | | 17,500.00 | FA |
| | | | | | 4.94 | |

TOTALS (Excluding unknown values)     47,000.00     47,504.94

Major activities affecting case closing: sale of 50% interest in real estate located at 780 Waikiki, Des Plaines, IL; recovery of funds from checking account on which debtor was allegedly on the account for convenience of elderly parent but from which debtor made, and had the right to make disbursements

Initial Projected Date of Final Report (TFR): _March, 2009_     Current Projected Date of Final Report (TFR): _March 2, 2009_

EXHIBIT 9 - FORM 2

CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 08-27462
Case Name: ROCCO ALLEGRETTI
Taxpayer ID#: 26-6657049
For Period Ending: 12/31/09

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable): _____
Money Market #: 375 555 1393

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/2/08 | Ref 3 | Michele Allegretti | purchase of right, title and interest in real estate located at 780 Waikiki, Des Plaines, IL | 1110-000 | 30,000.00 | | 30,000.00 |
| 12/3/08 | | Bank of America | check printing charge | | | 27.00 | 29,973.00 |
| 12/22/08 | Ref 12 | from debtor and father of debtor | turn over of 1/4 interest in US Bank account in which there was $70,501.11 on date of filing of petition for relief | 1229-000 | 17,500.00 | | 47,473.00 |
| 12/23/08 | Ref 12 | nsf | | | (17,500.00) | | 29,973.00 |
| 12/30/08 | | Bank of America | reversal of charge | | | (27.00) | 30,000.00 |
| 12/31/08 | Ref 12 | from debtor | cashier's check replacing nsf check | 1129-000 | 17,500.00 | | 47,500.00 |
| 12/31/08 | Ref 13 | Bank of America | interest on invested funds | 1270-000 | 1.34 | | 47,501.34 |
| BALANCE CARRIED FORWARD | | | | | | | 47,501.34 |
| 1/31/09 | Ref 13 | Bank of America | interest on invested funds | 1270-000 | 0.38 | | 47,501.72 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 2/5/09 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 71.09 | 47,430.63 |
| 2/28/09 | Ref 13 | Bank of America | interest on invested funds | 1270-000 | 0.36 | | 47,430.99 |
| 3/31/09 | Ref 13 | Bank of America | interest on invested funds | 1270-000 | 2.86 | | 47,433.85 |
| 4/16/09 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 5,500.21 | 41,933.64 |
| 4/16/09 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 15.90 | 41,917.74 |
| 4/16/09 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,890.00 | 39,027.74 |
| 4/16/09 | Check 1005 | Lois West/Popowcer Katten, Ltd. | accountant's fees | 3410-000 | | 881.50 | 38,146.24 |
| 4/16/09 | Check 1006 | Diversified Investment Advisers | 726(a)(2); 53.50331% | 7100-000 | | 16,086.47 | 22,059.77 |
| 4/16/09 | Check 1007 | FIA Card Services as successor to Bank of America and MBNA | 726(a)(2); 53.50331% | 7100-900 | | 21,831.76 | 228.01 |
| 4/16/09 | Check 1008 | PYOD, LLC as assignee of Citibank | 726(a)(2); 53.50331% | 7100-900 | | 228.01 | 0.00 |

COLUMN TOTALS

```
                              NET DEPOSITS    DISBURSEMENTS    BALANCES
TOTAL - ALL ACCOUNTS            47,504.94       47,504.94        0.00
Money Market # 375 555 1393     ─────────       ─────────      ──────
Net                             47,504.94       47,504.94        0.00
```